UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

CASE NO. 1:06-CR-20

v.

HON. ROBERT HOLMES BELL

DEVEIRE GRIGGS,

    Defendant.
_____/

## MEMORANDUM OPINION AND ORDER

This matter is before the Court on Defendant's Motion for Modification or Reduction of Sentence Pursuant to 18 U.S.C. §3582(c)(2) (docket #50). Based on a review of Defendant's motion, the Sentence Modification Report, submissions by defense counsel and counsel for the government, and the original criminal file, the Court has determined that the motion should be denied as follows:

Defendant was sentenced on a Second Superseding Information charging Possession With Intent to Distribute an Unspecified Quantity of Cocaine Base in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C). Defendant was sentenced as a career offender within the meaning of U.S.S.G. § 4B1.1(a). As such, defendant is ineligible for a reduction in sentence. Accordingly,

Defendant's Motion for Modification or Reduction of Sentence (docket #50) is **DENIED**.

DATED:   November 10, 2010       /s/ Robert Holmes Bell
                                                        ROBERT HOLMES BELL
                                                        UNITED STATES DISTRICT JUDGE